*Harold L. Ervin, Jr.,* for appellant.

*James A. McGoldrick,* for appellees.

OPINION PER CURIAM, March 15, 1967:
Decree affirmed; costs on the appellant.

## Corsello, Appellant, *v.* Budd Company.

Argued January 12, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*H. W. Fineman,* with him *Morris Passon,* for appellant.

*Samuel Fessenden,* with him *Carter R. Buller,* and *Montgomery, McCracken, Walker & Rhoads,* for company, appellee.

*Richard H. Markowitz,* with him *Richard Kirschner, Don D'Agui,* and *Wilderman, Markowitz & Kirschner,* and *D'Agui & Del Collo,* for union, appellee.

OPINION PER CURIAM, March 15, 1967:
Decree affirmed; costs to be divided equally between the parties.